IN THE UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ONIE NORMAN**                                                    **PLAINTIFF**

v.                        **CASE NO. 5:10-cv-00297**

**MARK MCELROY,** *et al.*                               **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of August 2011.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE